UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KANE PREE and BLAKE PREE, an individual

    Plaintiffs,

v.                           Case No:   2:17-cv-42-FtM-29CM

PICKLE PRO, LLC and TODD PREE,

    Defendants.

### ORDER

This matter comes before the Court upon review of Plaintiffs [sic] Amended Motion for Enlargement of Time to Respond to Defendant's [sic] Complaint (Doc. 12) filed on March 28, 2017. Defendants seek an order enlarging their time by thirty days to file responses to Plaintiffs' complaint. The Return of Service states that Defendants were served on March 2, 2017. Doc. 9. Defendants counsel states that he was retained on March 21, 2017 and needs the additional time to investigate and prepare proper responses. Doc. 12 at 1.

It appears that Defendants anticipate challenging sufficiency of process as the parties were unable to agree on a resolution of this motion because "Plaintiff's counsel required that Defendants waive the requirement of service of process which defendants were unwilling to do." *Id*. Nevertheless, the Court expects counsel to be able to resolve reasonable requests for extension of time. Because of the early stage of this case and the reasonable extension sought in light of Defendants'

counsel's recent retention, the Court finds good cause to grant the requested extension.

ACCORDINGLY, it is hereby

**ORDERED:**

Plaintiff's Amended Motion for Enlargement of Time to Respond to Defendant's Complaint (Doc. 12) is **GRANTED**. Defendants shall have up to and including April 21, 2017 to respond to Plaintiffs'c complaint.

**DONE** and **ORDERED** in Fort Myers, Florida on this 3rd day of April, 2017.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record