UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| **KANE PREE**, an individual, and **BLAKE PREE**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**PICKLE PRO, LLC**, a Florida limited liability corporation, and **TODD PREE**, an individual,<br><br>Defendants,<br><br>and<br><br>**PAYPAL, INC.**, a Delaware corporation,<br><br>Garnishee. | CIVIL ACTION<br><br>Case No.  2:17-cv-42<br><br>Judge: John E. Steele<br><br>Mag. Judge:  Carol Mirando |

## WRIT OF GARNISHMENT

THE STATE OF FLORIDA
To Each Sheriff of the State:

YOU ARE COMMANDED to summon the Garnishee, PayPal, Inc., to serve an answer to this writ on Benjamin H. Yormak, Plaintiff's attorney, whose address is Yormak Employment & Disability Law, 9990 Coconut Road, Bonita Springs, Florida 34135, within 20 days after service on the Garnishee exclusive of the day of service, and to file the original with the Clerk of this Court either before service on the attorney or immediately thereafter, stating whether Garnishee is indebted to the Defendant, Pickle Pro, LLC, at the time of the answer or was indebted at the time of service of the writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the Defendant the Garnishee is in possession or control of at the time of the answer or had at the time of service of this writ, or at any time between such times, and whether the Garnishee knows of any other

1

person indebted to the Defendant or who may be in possession or control of any of the property of the Defendant. The total amount due to Plaintiff Kane Pree is $77,935.25 and the total amount due to Plaintiff Blake Pree is $34,725.00.

DATED on _____, 2018

SHERYL L. LOESCH

As Clerk of the Court

By _____

As Deputy Clerk