**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

KANE PREE and BLAKE BREE,

    Plaintiffs,

v.   CASE NO. 2:17-cv-00042-JES-CM

PICKLE PRO, LLC and TODD PREE,

    Defendants,

and

PAYPAL, INC.,

    Garnishee.

_____/

**GARNISHEE PAYPAL, INC.'S ANSWER TO WRIT OF GARNISHMENT**

Garnishee PayPal, Inc. ("PayPal") hereby answers the Writ of Garnishment ("Writ") as follows:

1.    PayPal was served with the Writ on March 15, 2018 (the "Service Date").

2.    PayPal has conducted a reasonable search and inquiry using the information provided in the Writ. Based on the information provided, PayPal located and placed a limitation on the following account (the "Account"):

| Account Name | Account Email | Account Balance on 3/16/2018 | Account Balance on 3/19/2018 |
|---|---|---|---|
| Todd Pree d/b/a Pickle Pro LLC | j***@*********.*** | $0.00 | $0.00 |

3.    PayPal does not hold any assets belonging to Defendants.

4. Other than what is listed in this Answer, PayPal is not and has not been indebted to Defendants at any time between being served with this Writ and the date of the filing of this Answer, nor has it had any tangible or intangible property of Defendants in its hands, possession, or control at any time from the time of service of the Writ up to and including the time of the filing of this Answer.

5. PayPal is without knowledge of any other persons who are or may be indebted to Defendants or who have or may have any tangible or intangible personal property of Defendants in their hands, possession, or control.

6. PayPal has retained the law firm of Holland & Knight LLP to represent it in this action and has agreed to pay its attorneys a reasonable fee for their services rendered on its behalf.

7. Pursuant to Florida Statutes § 77.28, PayPal demands payment of $100.00 from Plaintiff for the payment or part payments of attorney's fees PayPal expended in obtaining representation in response to the Writ and requests the Court, upon rendering final judgment, to determine and award PayPal its costs and reasonable attorney's fees.

WHEREFORE, Garnishee PayPal, Inc., having answered the Writ, demands payment of $100.00 from Plaintiff for the payment or part payments of attorney's fees PayPal expended in obtaining representation in response to the Writ and requests an award of its costs and reasonable attorneys' fees pursuant to Section 77.28, Florida Statutes.  PayPal further request such other relief as the Court may deem just and proper.

Dated: March 19, 2018.

        Respectfully submitted,

        HOLLAND & KNIGHT LLP

By:   /s/ Judith M. Mercier
       Judith M. Mercier (FBN 0032727)
       judy.mercier@hklaw.com
       200 South Orange Avenue, Suite 2600
       Orlando, Florida 32801
       Phone: (407) 244-5151
       Fax: (407) 244-5288
       *Counsel for Garnishee PayPal, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 19, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will serve copies on all counsel of record.

        /s/ Judith M. Mercier
        Judith M. Mercier

#55884425_v1