

Stripe, Inc.
185 Berry St, Suite 550
San Francisco, CA 94107
United States

April 3rd, 2018

Clerk of the Court
U.S. District Court
Middle District of Florida
Fort Myers Division
　via FedEx

Re: Case Number 2:17-cv-42

To Whom It May Concern:

After reviewing the information in the Writ of Garnishment received on March 21st, 2018, I have located one merchant account for the Defendant. Stripe was not indebted to the Defendant on the date of receipt and is not indebted to the Defendant as of the date of this letter. Furthermore, I do not have knowledge of any other person who may be indebted to or in possession or control of property owed to the Defendant.

Should you have any questions, you may reach me at notices@stripe.com or at 415 634 7099.

Best wishes,

David McCracken
Legal Operations
Stripe, Inc.

cc: Attorney Benjamin H. Yormak
Yormak Employment & Disability Law
9990 Coconut Road
Bonita Springs, FL 34135
　Via FedEx

FILED 2018 APR -5 PM 12:07 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA FORT MYERS FLORIDA