EBAY  
Payroll Service Center  
P.O. Box 17001  
Augusta, GA 30903

4/19/2018

SR# 3-38480538562

RE:  RE:  Todd Pree  
     SSN:  XXX-XX-XXXX  
     Case: 2:17-CV-42

To Whom it may concern:

Enclosed is the paperwork sent to us regarding the above named individual. This letter serves as notification that we are unable to match the employee record due to no system match or insufficient information including or not limited to:
- First Name, Last Name
- Employee Address
- Employee Social Security Number

As a result, this order as currently written can not be implemented.

However, should you have any of the above information, please resubmit a corrected copy of the order with the sufficient information to the below address.

Should you have any additional questions, or need additional information, please contact our service center.

Sincerely,

EBAY  
Payroll Service Center  
Phone:  877-923-7427  
Fax:    888-673-2141

FILED 2018 APR 30 AM 11:53 CLERK US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA FORT MYERS FLORIDA

3-38480538562     EBAY/ NOF

3/15/18 @ 1:50 AM

Case 2:17-cv-00042-JES-CM Document 60 Filed 03/12/18 Page 1 of 2 PageID 254

# WRIT OF GARNISHMENT

OBTAIN DESCRIPTION FILED

CALL WHEN SERVED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2018 MAR 12 AM 10:30

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

| | |
|---|---|
| KANE PREE, an individual, and BLAKE PREE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PICKLE PRO, LLC, a Florida limited liability corporation, and TODD PREE, an individual,<br><br>Defendants,<br><br>and<br><br>EBAY, INC., a Delaware corporation,<br><br>Garnishee. | CIVIL ACTION<br><br>Case No. 2:17-cv-42<br><br>Judge: John E. Steele<br><br>Mag. Judge: Carol Mirando<br><br><br><br>INITIALS OF SERVER:_____<br>DATE OF SERVICE:_____<br>TIME OF SERVICE: _____<br>I.D. # IF APPLICABLE:_____ |

### WRIT OF GARNISHMENT

THE STATE OF FLORIDA
To Each Sheriff of the State:

YOU ARE COMMANDED to summon the Garnishee, Ebay, Inc., to serve an answer to this writ on Benjamin H. Yormak, Plaintiff's attorney, whose address is Yormak Employment & Disability Law, 9990 Coconut Road, Bonita Springs, Florida 34135, within 20 days after service on the Garnishee exclusive of the day of service, and to file the original with the Clerk of this Court either before service on the attorney or immediately thereafter, stating whether Garnishee is indebted to the Defendant, Pickle Pro, LLC, at the time of the answer or was indebted at the time of service of the writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the Defendant the Garnishee is in possession or control of at the time of the answer or had at the time of service of this writ, or at any time between such times, and whether the Garnishee knows of any other

CT Corporation Systems
Registered Agent
1200 S. Pine Island Rd
Plantation, FL 33324

RECEIVED MAR 16 2018 By_____

R

3-38480538562          EBAY/ NOF

Case 2:17-cv-00042-JES-CM   Document 60   Filed 03/12/18   Page 2 of 2 PageID 255

person indebted to the Defendant or who may be in possession or control of any of the property of the Defendant. The total amount due to Plaintiff Kane Pree is $77,935.25 and the total amount due to Plaintiff Blake Pree is $34,725.00.

DATED on March 12, 2018

ELIZABETH M. WARREN

As Clerk of the Court

By _____

As Deputy Clerk

2