UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
CIVIL ACTION

CASE NO:     2:17-CV-42

KANE PREE, an individual, and BLAKE PREE, an individual,

        Plaintiff(s),

vs.

PICKLE PRO, LLC, a Florida limited liability Corporation, and TODD PREE, an individual,

        Defendant(s),

and

SUNTRUST BANK

        Garnishee,
_____/

## ANSWER OF THE GARNISHEE, SUNTRUST BANK

Garnishee, SUNTRUST BANK, hereby Answers the Writ of Garnishment ("Writ') served upon it as follows:

1. Garnishee had at the time of service of the Writ, plus sufficient time not to exceed one (1) business day, at the time of making this Answer and at all times between such periods, as designated:

**PICKLE PRO LLC**
**3527 PLOVER AVE UNIT 2**
**NAPLES FL 34117**
**ACCOUNT # ENDING 9174**
**AMOUNT HELD $0.00**

**Garnishee has retained $0.00 pursuant to the Writ.**

2. Prior to retaining the sum described above, Garnishee has offset an administrative fee of $100.00 as allowed by Garnishee's deposit agreement and not as an attorney fee.

3. Garnishee has no other tangible or intangible personal property of said Defendant in its possession or control at the time of this Answer, and had no such property in its possession or

1

     control at the time of service of the Writ, nor at any time between such periods.

4. Pursuant to Florida Statute 77.06(2), Garnishee does not know of any other person, firm, or corporation which has an ownership interest in the involved property or may have any of the goods and possessions of said Defendant, at the time of service of the Writ, plus sufficient time not to exceed one (1) business day, at the time of making this Answer and at all times between such periods, in its or their possession or control.

5. Garnishee has no obligation to make, and has not made, a factual determination whether the property of the Defendant(s) in its possession or control is subject to any exemption provided to the Defendant(s) by State or Federal Law.

## DEMAND FOR GARNISHMENT DEPOSIT

6. The undersigned counsel, a member of the Florida Bar and attorney for Garnishee, SUNTRUST BANK, has prepared this Answer to the Writ. If applicable, pursuant to Section 77.28, Florida Statutes, as amended effective July 1, 2014, <u>the Plaintiff/Plaintiff's Counsel shall pay and remit the $100.00 attorney fee directly to SUNTRUST BANK. Alternatively, if funds are already on deposit with the Clerk of Court</u>, the Garnishee hereby demands that the Clerk award the $100.00 statutory attorney garnishment fee for having legal representation in this garnishment action, payable to SUNTRUST BANK.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by email to: BENJAMIN H. YORMAK (BYORMAK@YORMAKLAW.COM), Attorney for Plaintiff, this 31st day of August, 2018.

SUNTRUST BANK

By: ___/s/ John A. Barry_____
JOHN A. BARRY
**FLpleadings@suntrust.com**
Florida Bar No.: 671541
FL-Orlando-7136
7455 Chancellor Dr
Orlando, Florida 32809
Telephone: (407) 237-4640
Attorney for Garnishee
Our Ref: 346329