UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KANE PREE, an individual, and BLAKE PREE, an individual

    Plaintiff,

vs.

PICKLE PRO, LLC, a Florida limited liability corporation, and TODD PREE, an individual

    Defendants,

and

AMAZON.COM.DEDC, LLC, a Delaware limited liability corporation

    Garnishee.

Civil Action No. 2:17-cv-42

Judge: John E. Steele

Mag. Judge: Carol Mirano

**AMAZON.COM.DEDC, LLC'S ANSWER TO WRIT OF GARNISHMENT**

DWT Reference #: COM128443

1. At the time of this answer, Amazon.com or its affiliates are holding in account the sum of $3,215.97.

2. Amazon.com and its affiliates are not in possession or control of any tangible or intangible personal property.

3. Amazon.com and its affiliates are not aware of any other person indebted to the Defendant or who may be in possession or control of any of the property of the Defendant.

DATED this 15th day of November, 2018.

    Davis Wright Tremaine LLP
    Attorneys for Amazon.com.dedc, LLC.

By /s/ *Steven P. Caplow*
    Steven P. Caplow, WSBA #19843
    Telephone: (206) 757-8018
    Fax: (206) 757-7018
    E-mail: stevencaplow@dwt.com

ANSWER TO WRIT OF GARNISHMENT (Civil Action No. 2:17-cv-42) - 1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 15, 2018, I sent the foregoing via UPS for filing with the Clerk of the Court and via Certified USPS to Plaintiff's attorney.

Clerk of the Court
2110 First Street
Fort Myers, FL 33901

*Clerk of the Court*

Benjamin H. Yormak
Yormak Employment & Disability Law
9990 Coconut Road
Bonita Springs, FL 34135

*Attorney for Plaintiff*

                                        Davis Wright Tremaine LLP
                                        Attorneys for Amazon.com.dedc, LLC.

                                        By */s/ Steven P. Caplow*
                                             Steven P. Caplow, WSBA #19843
                                           Telephone: (206) 757-8018
                                           Fax: (206) 757-7018
                                           E-mail: stevencaplow@dwt.com

ANSWER TO WRIT OF GARNISHMENT (Civil Action No. 2:17-cv-42) - 2

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax